MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
120 MONTGOMERY STREET, SUITE 2550
SAN FRANCISCO, CALIFORNIA 94104-4303
TELEPHONE 415-281-2024
FACSIMILE 415-281-2010

Barry D. Hovis (State Bar No. 050782)
b.hovis@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendants Long Beach Mortgage
Company and Washington Mutual Bank

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH WHITWORTH,<br>an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MORTGAGE COMPANY, a California company, PACIFIC HOME BROKERS, a California company, LONG BEACH MORTGAGE COMPANY, WASHINGTON MUTUAL, BERT COKER, an individual, JOEL ATWATER, an individual, SCOTT TUCKER, an individual, and DOES 1-50,<br><br>Defendants. | Case No. C 05 4725 MEJ<br><br>[Assigned to the Hon. Magistrate Judge Maria Elena James, Courtroom B]<br><br>Complaint Filed: November 17, 2005<br><br>**STIPULATION AND ORDER TO CONTINUE DATES FOR JOINT STIPULATION FOR ADR, INITIAL DISCLOSURES, FILING CASE MANAGEMENT STATEMENT/RULE 26(f) REPORT, AND CASE MANAGEMENT CONFERENCE;**<br><br>~~Trial Date:    Not set~~<br>CASE MANAGEMENT CONFERENCE RESCHEDULED FOR MAY 25, 2006, AT 10:00 A.M. |

469634.1

**STIPULATION TO CONTINUE DATES FOR INITIAL DISCLOSURES, FILING CASE MANAGEMENT STATEMENT/RULE 26(f) REPORT, AND CASE MANAGEMENT CONFERENCE**

It is hereby agreed by and between plaintiff Judy Whitworth and defendants Long Beach Mortgage Company, Washington Mutual Bank, Fidelity Mortgage Company, Pacific Home Brokers, and Bert Coker (collectively, the "defendants"), through their undersigned counsel, that a continuance of the dates for filing the Joint ADR Certification with Stipulation to ADR process, completing initial disclosures, filing case management statement/rule 26(f) report, and the case management conference is necessary because:

(i) Plaintiff is in the process of completing service of the complaint on all seven defendants.

(ii) All parties have not yet appeared in the case. Only defendants Long Beach Mortgage Company and Washington Mutual Bank have responded to the Complaint. The last day for defendants Fidelity Mortgage Company, Pacific Home Brokers, and Bert Coker to respond to the Complaint is March 14, 2006.

(iii) The scheduled deadlines for filing the Joint ADR Certification with Stipulation to ADR process, completing initial disclosures, filing case management statement/rule 26(f) report, and the case management conference cannot be complied with given that plaintiffs is in the process of completing service of the complaint on all parties and not all parties have appeared.

(iv) Defendants Long Beach Mortgage Company and Washington Mutual Bank have filed an Administrative Motion for an order that this case be ordered related to two other cases pending currently in the United States District Court for Northern District of California, namely, *Sanders v. Fidelity Mortgage Company, et al.*, case number C 05 4990 MMC and *Garcia v. Fidelity Mortgage Company, et al.*, case number C-05 05144 SC.

Accordingly, plaintiff and defendants stipulate to the following:

| | |
|---|---|
| May 2, 2006 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan |
| May 2, 2006 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference |

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

469634.1                                1
STIPULATION TO CONTINUE DATES FOR INITIAL DISCLOSURES, FILING CASE MANAGEMENT STATEMENT/RULE 26(f) REPORT, AND CASE MANAGEMENT CONFERENCE

1  May 16, 2006 Last day to complete initial disclosures or state objection in Rule 26(f)
2  Report, file/serve Case Management Statement, and file/serve Rule 26(f)
3  Report
4  ~~May 23, 2006~~ Case Management Conference in Ctrm B, 15th Floor at 10:00 a.m.
5  Alternatively, if this court, the *Sanders* court, or the *Garcia* court finds that the
6  cases are related, plaintiff and defendants agree that they will submit to the schedule set by the
7  deciding court for the above events.
8  There have been no prior modifications of any court-ordered date.
9  The above-requested schedule will not adversely affect the schedule of this case.
10  IT IS SO STIPULATED.
11  DATED: March 16, 2006  LAW OFFICES OF ROBERT F. KANE
12
13  By: _____
    Robert F. Kane
14  Attorneys for Plaintiff Judy Whitworth
15  DATED: March ___, 2006  GOFORTH & LUCAS
16
17  By: _____
    Christopher Robin Lucas
    Attorneys for Defendants Fidelity Mortgage
18  Company, Pacific Home Brokers, and Bert Coker
19  DATED: March ___, 2006  MUSICK, PEELER & GARRETT LLP
20
21  By: _____
    Catherine M. Lee
22  Attorneys for Defendants Long Beach Mortgage
    Company and Washington Mutual Bank
23

24  **ORDER**

25  PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.
26
27  DATED: March ___, 2006  _____
    JUDGE OF THE UNITED STATES DISTRICT
28  COURT

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

469634.1
2
STIPULATION TO CONTINUE DATES FOR INITIAL DISCLOSURES, FILING CASE MANAGEMENT
STATEMENT/RULE 26(f) REPORT, AND CASE MANAGEMENT CONFERENCE

May 16, 2006 Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report

~~May 23, 2006~~ Case Management Conference in Ctrm B, 15th Floor at 10:00 a.m.

Alternatively, if this court, the *Sanders* court, or the *Garcia* court finds that the cases are related, plaintiff and defendants agree that they will submit to the schedule set by the deciding court for the above events.

There have been no prior modifications of any court-ordered date.

The above-requested schedule will not adversely affect the schedule of this case.

IT IS SO STIPULATED.

DATED: March ___, 2006          LAW OFFICES OF ROBERT F. KANE

                                By: _____
                                    Robert F. Kane
                                    Attorneys for Plaintiff Judy Whitworth

DATED: March 15, 2006           GOFORTH & LUCAS

                                By: _____
                                    Christopher Robin Lucas
                                    Attorneys for Defendants Fidelity Mortgage
                                    Company, Pacific Home Brokers, and Bert Coker

DATED: March ___, 2006          MUSICK, PEELER & GARRETT LLP

                                By: _____
                                    Catherine M. Lee
                                    Attorneys for Defendants Long Beach Mortgage
                                    Company and Washington Mutual Bank

## ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED: March _____, 2006
                                _____
                                JUDGE OF THE UNITED STATES DISTRICT COURT

May 16, 2006  Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report

~~May 23, 2006~~ Case Management Conference in Ctrm B, 15th Floor at 10:00 a.m.

Alternatively, if this court, the *Sanders* court, or the *Garcia* court finds that the cases are related, plaintiff and defendants agree that they will submit to the schedule set by the deciding court for the above events.

There have been no prior modifications of any court-ordered date.

The above-requested schedule will not adversely affect the schedule of this case.

IT IS SO STIPULATED.

DATED: March ___, 2006           LAW OFFICES OF ROBERT F. KANE

By: _____
Robert F. Kane
Attorneys for Plaintiff Judy Whitworth

DATED: March ___, 2006           GOFORTH & LUCAS

By: _____
Christopher Robin Lucas
Attorneys for Defendants Fidelity Mortgage Company, Pacific Home Brokers, and Bert Coker

DATED: March 16, 2006           MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendants Long Beach Mortgage Company and Washington Mutual Bank

## ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED. The CMC is rescheduled for May 25, 2006, at 10:00 a.m.

DATED: March 22, 2006           _____
JUDGE OF THE UNITED STATES DISTRICT COURT

Judge Maria-Elena James

469634.1                                    2
STIPULATION TO CONTINUE DATES FOR INITIAL DISCLOSURES, FILING CASE MANAGEMENT STATEMENT/RULE 26(f) REPORT, AND CASE MANAGEMENT CONFERENCE

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 120 Montgomery Street, Suite 2550, San Francisco, California 94104-4303.

On March 16, 2006, I served the foregoing document(s) described as **STIPULATION AND ORDER TO CONTINUE DATES FOR JOINT STIPULATION FOR ADR, INITIAL DISCLOSURES, FILING CASE MANAGEMENT STATEMENT/RULE 26(F) REPORT, AND CASE MANAGEMENT CONFERENCE** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**See Attached List**

☐ **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☒ **BY ELECTRONIC TRANSMISSION.** Pursuant to Local Rule 5.5(b), the document(s) were delivered by electronic transmission.

☐ **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at San Francisco, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at San Francisco, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at San Francisco, California in the ordinary course of business for delivery to the addressee.

Executed on March 16, 2006, at San Francisco, California.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_/s/ Linda Belcher_
Linda Belcher

## SERVICE LIST
### Whitworth v. Washington Mutual
### USDC, Northern, San Francisco Division, Case No. C-05-4725

| | |
|---|---|
| Robert F. Kane, Esq.<br>Law Offices of Robert F. Kane<br>870 Market St., Ste. 1128<br>San Francisco, CA   94102 | For Plaintiff<br>Tel:    415-982-1510<br>Fax:   415-982-5821<br>e-m:   RKane1089@aol.com |
| Christopher Robin Lucas<br>Goforth & Lucas<br>2300 Clayton Rd #1460<br>Concord, CA 94520 | For Defendants Fidelity Mortgage Company,<br>Pacific Home Brokers, and Bert Coker<br>Tel:    925-682-9500<br>Fax:   925-682-2353<br>e-m:   mdg@goforthlucas.com<br>(via U.S. Mail and e-mail) |

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

469634.1

4

STIPULATION TO CONTINUE DATES FOR INITIAL DISCLOSURES, FILING CASE MANAGEMENT
STATEMENT/RULE 26(f) REPORT, AND CASE MANAGEMENT CONFERENCE