IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH WHITWORTH, an individual, | No. C 05-4725 MEJ |
| Plaintiff(s), | **ORDER VACATING CMC SCHEDULED FOR MAY 25, 2006** |
| vs. | |
| FIDELITY MORTGAGE COMPANY, a California company, PACIFIC HOME BROKERS, a California company, LONG BEACH MORTGAGE COMPANY, WASHINGTON MUTUAL, BERT COKER, an individual, JOEL ATWATER, an individual, SCOTT TUCKER, an individual, and DOES 1 to 50, | |
| Defendant(s).       / | |

Pursuant to this Court's Order contained in Docket #10, the CMC scheduled for May 25, 2006, is hereby VACATED. This Order **DOES NOT** vacate any other Court Order.

**IT IS SO ORDERED.**

Dated: April 25, 2006

MARIA-ELENA JAMES
United States Magistrate Judge