1  ROBERT F. KANE, ESQ. (SBN 71407)
   LAW OFFICES OF ROBERT F. KANE
2  870 Market Street, Suite 1128
   San Francisco, CA  94102
3
4  Attorneys for Plaintiffs
   MICHAEL GARCIA and
5  COURTNEY GARCIA
   SCOTT R. SANDERS
6  JUDITH WHITWORTH
7
                    UNITED STATES DISTRICT COURT
8
       NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION
9

10 | MICHAEL GARCIA, et al.,                | Case No. C 05-5144 MEJ
11 |         Plaintiffs,                    |
   |                                        | STIPULATION AND [PROPOSED]
12 | v.                                     | ORDER SELECTING ADR PROCESS
13 | FIDELITY MORTGAGE COMPANY, et al.      |
14 |         Defendants.                    |

15 | SCOTT R. SANDERS, an individual,       | Case No. C 05-4990 MEJ
16 |         Plaintiff,                     |
17 | v.                                     |
18 | FIDELITY MORTGAGE COMPANY, et al.      |
19 |         Defendants.                    |

20 | JUDITH WHITWORTH, an individual,       | Case No. C 05-4725 MEJ
21 |         Plaintiff,                     |
22 | v.                                     |
23 | FIDELITY MORTGAGE COMPANY, et al.      |
24 |         Defendants.                    |
25
26
27
28

11653.1

                                    1                    STIPULATION AND [PROPOSED] ORDER
                                                         SELECTING ADR PROCESS

1  The undersigned parties or their counsel report that they have met and conferred regarding
2  ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3  The parties agree to participate in the following ADR process with respect to these related
4  cases:
5  Court Processes:
6  X    Mediation (ADR L.R. 6.)
7  Pursuant to the Court's order, the parties agree to hold the ADR session by August 30,
8  2006.
9  Dated:                                    LAW OFFICES OF ROBERT F. KANE
10
11                                            By_____
12                                               ROBERT F. KANE
                                              Attorneys for Plaintiffs
13                                            MICHAEL GARCIA and COURTNEY GARCIA,
                                              SCOTT R. SANDERS and JUDITH WHITWORTH
14
15
16  Dated:                                   _____
                                              JOEL ATWATER, In Pro Per
17
18  Dated: 6-15-06                           _____
                                              SCOTT TUCKES, In Pro Per
19
20  Dated:                                   _____
21                                            MICHELE ROBERTS, In Pro Per
22
23  Dated:                                   GOFORTH & LUCAS
24
25                                            By_____
                                                 CHRISTOPHER LUCAS
                                              Attorneys for Defendants
26                                            FIDELITY MORTGAGE COMPANY,
                                              PACIFIC HOME BROKERS and
27                                            BERT COKER
28

31653.1
                                        2                STIPULATION AND [PROPOSED] ORDER
                                                             SELECTING ADR PROCESS

The undersigned parties or their counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process with respect to these related cases:

Court Processes:

    X    Mediation (ADR L.R. 6.)

Pursuant to the Court's order, the parties agree to hold the ADR session by August 30, 2006.

Dated:                              LAW OFFICES OF ROBERT F. KANE

By_____
  ROBERT F. KANE
Attorneys for Plaintiffs
MICHAEL GARCIA and COURTNEY GARCIA,
SCOTT R. SANDERS and JUDITH WHITWORTH

Dated:

_____
JOEL ATWATER, In Pro Per

Dated:

_____
SCOTT TUCKES, In Pro Per

Dated:

_____
MICHELE ROBERTS, In Pro Per

Dated:                              GOFORTH & LUCAS

By_____
  CHRISTOPHER LUCAS
Attorneys for Defendants
FIDELITY MORTGAGE COMPANY,
PACIFIC HOME BROKERS and
BERT COKER

The undersigned parties or their counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process with respect to these related cases:

Court Processes:

X    Mediation (ADR L.R. 6.)

Pursuant to the Court's order, the parties agree to hold the ADR session by August 30, 2006.

Dated:                                  LAW OFFICES OF ROBERT F. KANE

By_____
  ROBERT F. KANE
Attorneys for Plaintiffs
MICHAEL GARCIA and COURTNEY GARCIA,
SCOTT R. SANDERS and JUDITH WHITWORTH

Dated:

_____
JOEL ATWATER, In Pro Per

Dated:

_____
SCOTT TUCKES, In Pro Per

Dated:

_____
MICHELE ROBERTS, In Pro Per

Dated: 6-12-06                      GOFORTH & LUCAS

By_____
  CHRISTOPHER LUCAS
Attorneys for Defendants
FIDELITY MORTGAGE COMPANY,
PACIFIC HOME BROKERS and
BERT COKER

1  Plaintiffs Michael Garcia and Courtney Garcia and Scott R. Sanders and defendant
2  First California Title Company also have met and conferred regarding ADR and have
3  reached the following stipulation pursuant to Civil. L.R. 16-8 and ADR L.R. 3-5:
4  The parties agree to participate in the following ADR process with respect to these
5  related cases:
6  Court Processes:
7  X    Mediation (ADR L.R. 6.)
8  Pursuant to the Court's order, the parties agree to hold the ADR session by August
9  30, 2006.
10  Dated: June /5, 2006.

PILLSBURY WINTHROP SHAW PITTMAN LLP
SCOTT A. SOMMER
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

By _____
Attorneys for Defendant
FIRST CALIFORNIA TITLE COMPANY

17  Dated: June 26, 2006.

LAW OFFICES OF ROBERT F. KANE
ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102

By _____
Attorneys for Plaintiffs
MICHAEL GARCIA and COURTNEY
GARCIA and SCOTT R. SANDERS

Dated: May 31, 2006

MUSICK, PEELER & GARRETT LLP

By _____
CATHERINE M. LEE
Attorneys for Defendants
LONG BEACH MORTGAGE COMPANY and
WASHINGTON MUTUAL BANK

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matters are hereby referred to mediation. Said mediation shall be performed by August 30, 2006.

IT IS SO ORDERED.

Dated: August 1, 2006

*Judge Maria-Elena James*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA