IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH WHITWORTH, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>FIDELITY MORTGAGE COMPANY, a California company, PACIFIC HOME BROKERS, a California company, LONG BEACH MORTGAGE COMPANY, WASHINGTON MUTUAL, BERT COKER, an individual, JOEL ATWATER, an individual, SCOTT TUCKER, an individual, and DOES 1 to 50,<br><br>    Defendant.<br>_____ / | No. C-05-4725 MEJ<br><br>**ORDER RESCHEDULING CMC**<br><br>**ORDER EXTENDING MEDIATION DEADLINE** |

The Court is in receipt of Robert F. Kane's letter dated August 3, 2006. Mr. Kane requests that both the CMC and mediation deadlines be extended. Accordingly, the CMC is rescheduled to September 28, 2006, 2006 at 10:00 a.m. The mediation deadline is also extended to September 28, 2006.

**IT IS SO ORDERED.**

Dated: August 7, 2006

MARIA-ELENA JAMES
United States Magistrate Judge