ROBERT F. KANE, ESQ. (SBN 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102

Attorneys for Plaintiffs
MICHAEL GARCIA and
COURTNEY GARCIA
SCOTT R. SANDERS
JUDITH WHITWORTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL GARCIA, et al., <br> Plaintiffs, <br> v. <br> FIDELITY MORTGAGE COMPANY, et al. <br> Defendants. | Case No. C 05-5144 MEJ |
| SCOTT R. SANDERS, an individual, <br> Plaintiff, <br> v. <br> FIDELITY MORTGAGE COMPANY, et al. <br> Defendants. | Case No. C 05-4990 MEJ |
| JUDITH WHITWORTH, an individual, <br> Plaintiff, <br> v. <br> FIDELITY MORTGAGE COMPANY, et al. <br> Defendants. | Case No. C 05-4725 MEJ <br> STIPULATION AND [~~PROPOSED~~] ORDER RE MEDIATION AND CASE MANAGEMENT CONFERENCE |

The undersigned parties or their counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 6-5:

1  Due to the number of parties and the mediator's schedule, the parties have agreed to
2  mediate this matter on December 5, 2006 and accordingly request an extension of the court
3  deadline of September 28, 2006 to complete mediation.
4  As a result of the foregoing, the parties further request that the case management
5  conference which is currently set for September 28, 2006, be continued to after the December 5,
6  2006 mediation.

7  Dated: 9/25/06            LAW OFFICES OF ROBERT F. KANE
8                            Attorneys for Plaintiffs
                             MICHAEL GARCIA and COURTNEY GARCIA
9
10                           By _____
11                              ROBERT F. KANE
12

13 Dated:                    _____
14                           JOEL ATWATER, In Pro Per

15 Dated:                    _____
16                           SCOTT TUCKES, In Pro Per

17 Dated:                    _____
18                           MICHELE ROBERTS, In Pro Per
19
20 Dated: 9/13/06            GOFORTH & LUCAS
                             Attorneys for Defendants
21                           FIDELITY MORTGAGE COMPANY,
                             PACIFIC HOME BROKERS and
22                           BERT COKER
23
24                           By _____
                                CHRISTOPHER LUCAS
25
26
27
28

2                                    STIPULATION AND [PROPOSED] ORDER
                                     RE MEDIATION

[PROPOSED] ORDER

Pursuant to the Stipulation above, the mediation shall be performed by December 5, 2006 and the Case Management Conference is continued to _____ at _____.

IT IS SO ORDERED.

Dated:_____                    _____
                                                 UNITED STATES MAGISTRATE JUDGE

3

STIPULATION AND [PROPOSED] ORDER
RE MEDIATION

Sep 25 06 08:42a    joel atwater    9255162295    p.2
09/11/2006 16:47    4159625621
Case 3:05-cv-04725-MHP   Document 38   Filed 09/27/06   Page 4 of 8

1  Due to the number of parties and the mediator's schedule, the parties have agreed to
2  mediate this matter on December 5, 2006 and accordingly request an extension of the court
3  deadline of September 28, 2006 to complete mediation.
4  As a result of the foregoing, the parties further request that the case management
5  conference which is currently set for September 28, 2006, be continued to after the December 5,
6  2006 mediation.

7  Dated:                          LAW OFFICES OF ROBERT F. KANE
8                                  Attorneys for Plaintiffs
                                   MICHAEL GARCIA and COURTNEY GARCIA
9

10
                                   By_____
11                                    ROBERT F. KANE

12
13 Dated: 9/25/06
                                   _____
14                                 JOEL ATWATER, In Pro Per

15 Dated:
                                   _____
16                                 SCOTT TUCKES, In Pro Per

17
   Dated:
18                                 _____
                                   MICHELE ROBERTS, In Pro Per
19

20 Dated:                          GOFORTH & LUCAS
                                   Attorneys for Defendants
21                                 FIDELITY MORTGAGE COMPANY,
                                   PACIFIC HOME BROKERS and
22                                 BERT COKER

23
24                                 By_____
                                      CHRISTOPHER LUCAS
25
26
27
28

                    2          STIPULATION AND [PROPOSED] ORDER
                               RE MEDIATION

1  Due to the number of parties and the mediator's schedule, the parties have agreed to
2  mediate this matter on December 5, 2006 and accordingly request an extension of the court
3  deadline of September 28, 2006 to complete mediation.
4  As a result of the foregoing, the parties further request that the case management
5  conference which is currently set for September 28, 2006, be continued to after the December 5,
6  2006 mediation.

Dated:

LAW OFFICES OF ROBERT F. KANE
Attorneys for Plaintiffs
MICHAEL GARCIA and COURTNEY GARCIA

By_____
ROBERT F. KANE

Dated:

_____
JOEL ATWATER, In Pro Per

Dated: 9-19-06

_____
SCOTT TUCKES, In Pro Per

Dated:

_____
MICHELE ROBERTS, In Pro Per

Dated:

GOFORTH & LUCAS
Attorneys for Defendants
FIDELITY MORTGAGE COMPANY,
PACIFIC HOME BROKERS and
BERT COKER

By_____
CHRISTOPHER LUCAS

2    STIPULATION AND [PROPOSED] ORDER
     RE MEDIATION

Fm:Scott Cole & Associates, APC    To:Robert Kane, Esq.    (415)982-5821    Case 3:05-cv-04725-MHP    Document 38    Filed 09/27/06    Page 6 of 8    Aug 09/19/06 EST Pg 2-2

09/11/2006  16:50    4159825821                                                         PAGE  05/06

Due to the number of parties and the mediator's schedule, the parties have agreed to mediate this matter on December 5, 2006 and accordingly request an extension of the court deadline of September 28, 2006 to complete mediation.

As a result of the foregoing, the parties further request that the case management conference which is currently set for September 28, 2006, be continued to after the December 5, 2006 mediation.

Dated: _____

LAW OFFICES OF ROBERT F. KANE
Attorneys for Plaintiffs
MICHAEL GARCIA and COURTNEY GARCIA

By_____
ROBERT F. KANE

Dated: _____

_____
JOEL ATWATER, In Pro Per

Dated: _____

SCOTT TUCKES, In Pro Per

Dated: 9/19/06

MICHELE ROBERTS, In Pro Per

Dated: _____

GOFORTH & LUCAS
Attorneys for Defendants
FIDELITY MORTGAGE COMPANY,
PACIFIC HOME BROKERS and
BERT COKER

By_____
CHRISTOPHER LUCAS

2     STIPULATION AND [PROPOSED] ORDER
      RE MEDIATION

| | |
|---|---|
| Dated: September 11, 2006 | MUSICK, PEELER & GARRETT LLP<br>Attorneys for Defendants<br>LONG BEACH MORTGAGE COMPANY and<br>WASHINGTON MUTUAL BANK<br><br>By _____<br>CATHERINE M. LEE |
| Dated: | PILLSBURY WINTHROP SHAW<br>PITTMAN LLP<br>Attorneys for Defendant<br>FIRST CALIFORNIA TITLE<br><br>By _____<br>SCOTT SOMMER |

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the mediation shall be performed by December 5, 2006 and the Case Management Conference is continued to _____ at _____.

IT IS SO ORDERED.

Dated: _____                              _____
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: _____

MUSICK, PEELER & GARRETT LLP
Attorneys for Defendants
LONG BEACH MORTGAGE COMPANY and
WASHINGTON MUTUAL BANK

By_____
CATHERINE M. LEE

Dated: September 19, 2006

PILLSBURY WINTHROP SHAW
PITTMAN LLP
Attorneys for Defendant
FIRST CALIFORNIA TITLE

By _Stacey ___ for_
SCOTT SOMMER

[PROPOSED] ORDER

Pursuant to the Stipulation above, the mediation shall be performed by December 5, 2006 ~~and the Case Management Conference is continued to _____ at _____.~~

~~IT IS SO ORDERED.~~

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE

The parties are ordered to submit a joint case managment statement upon completion of mediation.

The case management conference scheduled for September 28, 2006, is hereby vacated.

IT IS SO ORDERED.

September 27, 2006

*[Stamp: IT IS SO ORDERED, Judge Maria-Elena James, United States District Court, Northern District of California]*

STIPULATION AND [PROPOSED] ORDER
RE MEDIATION