1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GARCIA et. al.,                          No. C-05-5144 MEJ

        Plaintiff,

  vs.

FIDELITY MORTGAGE COMPANY, et al.,

       Defendants.
_____/

SCOTT R. SANDERS, an individual,

       Plaintiff                          No. C-05-4990 MEJ

vs.

FIDELITY MORTGAGE COMPANY, et al.

Defendants

_____/

JUDITH WHITWORTH, an individual,

plaintiff,

vs.                                              No. C-05-4725 MEJ

FIDELITY MORTGAGE COMPANY, et al.

Defendants                                       **ORDER SETTING CASE
                                                 MANAGEMENT CONFERENCE**

_____/

1

2

3    The Court hereby sets the Case Management Conference in this matter for February 8, 2007,

4 at 10:00 A.M., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

5

6    **IT IS SO ORDERED.**

7

8 Dated: January 9, 2007

                   _____

                   MARIA-ELENA JAMES

9                  United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2