**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH WHITWORTH, an individual, | No. C-05-4725 MEJ |
| Plaintiff, | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE TO MARCH 8, 2007** |
| vs. | |
| FIDELITY MORTGAGE COMPANY, a California company, PACIFIC HOME BROKERS, a California company, LONG BEACH MORTGAGE COMPANY, WASHINGTON MUTUAL, BERT COKER, an individual, JOEL ATWATER, an individual, SCOTT TUCKER, an individual, and DOES 1 to 50, | |
| Defendant. | |

The Court hereby reschedules the Case Management Conference originally scheduled for February 8, 2007. The Case Management Conference will be held on March 8, 2007, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: February 6, 2007

MARIA-ELENA JAMES
United States Magistrate Judge