UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH WHITWORTH,<br><br>    Plaintiff(s),<br><br>  v.<br><br>FIDELITY MORTGAGE CO.,<br>et al.,<br><br>    Defendant(s). | No. C05-4725 MEJ (BZ)<br><br>**NOTICE OF RECUSAL** |

I hereby recuse myself in the above action.

Dated: March 13, 2007

                                                        Bernard Zimmerman
                                     United States Magistrate Judge

G:\BZALL\-REFS\MISC\WHITWORTH.RECUSAL.wpd

1