1  **MUSICK, PEELER & GARRETT LLP**
   ATTORNEYS AT LAW
2  120 MONTGOMERY STREET, SUITE 2550
   SAN FRANCISCO, CALIFORNIA 94104-4303
   TELEPHONE 415-281-2024
3  FACSIMILE 415-281-2010

   Barry D. Hovis (State Bar No. 050782)
4  b.hovis@mpglaw.com
   Catherine M. Lee (State Bar No. 197197)
5  c.lee@mpglaw.com

6  WASHINGTON MUTUAL BANK
   Richard B. Davis, Esq. (State Bar No. 89306)
7  Office of the General Counsel
   9200 Oakdale, N110701
8  Chatsworth, CA  91311
   Tel: (818) 775-2636
9  Fax: (818) 349-2734

10 Attorneys for Defendants Long Beach Mortgage
   Company and Washington Mutual Bank
11

12                    UNITED STATES DISTRICT COURT

13        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 14  JUDITH WHITWORTH, | Case No. C 05 4725 MEJ (EMC) |
| 15        Plaintiffs, | **STIPULATION REGARDING DATE OF SETTLEMENT CONFERENCE AND PROPOSED ORDER** |
| 16  vs. | |
|     FIDELITY MORTGAGE COMPANY, et al. | |
| 17 | Trial Date:  March 10, 2008 |
|     Defendants. | |
| 18 | RELATED TO: |
| 19  MICHAEL GARCIA and | Case No. C 05 5144 MEJ (EMC) |
|     COURTNEY GARCIA, | |
| 20 | |
|        Plaintiffs, | |
| 21  vs. | |
| 22  FIDELITY MORTGAGE COMPANY, et al. | |
| 23     Defendants. | |
| 24 | Case No. C 05 4990 MEJ (EMC) |
|     SCOTT R. SANDERS, | |
| 25 | |
|        Plaintiffs, | |
| 26  vs. | |
| 27  FIDELITY MORTGAGE COMPANY, et al. | |
| 28     Defendants. | |

527491.1

**STIPULATION AND ORDER REGARDING DATE OF SETTLEMENT CONFERENCE**

Plaintiffs Michael Garcia, Courtney Garcia, Scott R. Sanders, and Judith Whitworth and defendants Fidelity Mortgage Company, Pacific Home Brokers, Bert Coker, Michele Roberts, Long Beach Mortgage Company, Washington Mutual Bank, and First California Title Company (collectively, the "Parties"), by and through their respective undersigned counsel, hereby agree as follows:

1. Due to the unavailability of counsel for plaintiff, Long Beach Mortgage Company, and Washington Mutual Bank on the scheduled date of August 14, 2007, the date of the Settlement Conference before Magistrate Edward M. Chen shall be changed to **July 27, 2007 at 9:30 a.m.**

2. Settlement Conference statements shall be lodged with Judge Chen's chambers by **4:00 p.m. on July 13, 2007**. Although this case is an electronic filing case, the statements shall be lodged by hard copy only and should not be electronically filed.

3. All other provisions of the Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

IT IS SO STIPULATED.

DATED: April 5, 2007

Respectfully submitted,

LAW OFFICES OF ROBERT F. KANE

By: _____
Robert F. Kane
Attorneys for Plaintiffs

DATED: April __, 2007

LAW OFFICES OF GOFORTH & LUCAS

By: _____
Michael Goforth
Attorneys for Defendants Fidelity Mortgage Company, Pacific Home Brokers, and Bert Coker

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

527491.1

1
STIPULATION AND ORDER REGARDING DATE OF

Plaintiffs Michael Garcia, Courtney Garcia, Scott R. Sanders, and Judith Whitworth and defendants Fidelity Mortgage Company, Pacific Home Brokers, Bert Coker, Michele Roberts, Long Beach Mortgage Company, Washington Mutual Bank, and First California Title Company (collectively, the "Parties"), by and through their respective undersigned counsel, hereby agree as follows:

1. Due to the unavailability of counsel for plaintiff, Long Beach Mortgage Company, and Washington Mutual Bank on the scheduled date of August 14, 2007, the date of the Settlement Conference before Magistrate Edward M. Chen shall be changed to **July 27, 2007 at 9:30 a.m.**

2. Settlement Conference statements shall be lodged with Judge Chen's chambers by 4:00 p.m. on July 13, 2007. Although this case is an electronic filing case, the statements shall be lodged by hard copy only and should not be electronically filed.

3. All other provisions of the Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

IT IS SO STIPULATED.

DATED: April __, 2007

Respectfully submitted,

LAW OFFICES OF ROBERT F. KANE

By: _____
Robert F. Kane
Attorneys for Plaintiffs

DATED: April 5, 2007

LAW OFFICES OF GOFORTH & LUCAS

By: _____
Michael Goforth
Attorneys for Defendants Fidelity Mortgage Company, Pacific Home Brokers, and Bert Coker

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

527491.1

1

STIPULATION AND ORDER REGARDING DATE OF SETTLEMENT CONFERENCE

1  DATED: April ___, 2007

3  By: _____
   Michele Roberts
4  In Pro Per

5  DATED: April ___, 2007        MUSICK, PEELER & GARRETT LLP

7  By: _____
   Catherine M. Lee
8  Attorneys for Defendants Long Beach Mortgage
   Company and Washington Mutual Bank

10  DATED: April ___, 2007        PILLSBURY WINTHROP SHAW PITTMAN LLP

12  By: _____
13  Scott A. Sommer
   Attorneys for Defendant First California Title
14  Company

15  **ORDER**

16  IT IS SO ORDERED.

18  Dated: _____April 24_____, 2007  _____

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

1  DATED: April __, 2007

3  By: _____
   Michele Roberts
   In Pro Per

5  DATED: April 5, 2007          MUSICK, PEELER & GARRETT LLP

7  By: _____
   Catherine M. Lee
   Attorneys for Defendants Long Beach Mortgage
   Company and Washington Mutual Bank

10 DATED: April 12, 2007         PILLSBURY WINTHROP SHAW PITTMAN LLP

12 By: _____
   Scott A. Sommer
   Attorneys for Defendant First California Title
   Company

**ORDER**

IT IS SO ORDERED.

Dated: _____, 2007

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

| | |
|---|---|
| 1 | **MUSICK, PEELER & GARRETT LLP**<br>ATTORNEYS AT LAW |
| 2 | 120 MONTGOMERY STREET, SUITE 2550<br>SAN FRANCISCO, CALIFORNIA 94104-4303 |
| 3 | TELEPHONE 415-281-2021<br>FACSIMILE 415-281-2010 |

Barry D. Hovis (State Bar No. 050782)
b.hovis@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

WASHINGTON MUTUAL BANK
Richard B. Davis, Esq. (State Bar No. 89306)
richard.b.davis@wamu.net
Office of the General Counsel
9200 Oakdale, N110701
Chatsworth, CA  91311
Tel:  (818) 775-2636
Fax:  (818) 349-2734

Attorneys for Long Beach Mortgage
Company and Washington Mutual Bank

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH WHITWORTH, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>FIDELITY MORTGAGE COMPANY, a California company, PACIFIC HOME BROKERS, a California company, LONG BEACH MORTGAGE COMPANY, WASHINGTON MUTUAL, BERT COKER, an individual, JOEL ATWATER, an individual, SCOTT TUCKER, an individual, and DOES 1-50,<br><br>        Defendants. | Case No. C 05 4725 MEJ<br><br>[Assigned to the Honorable Magistrate Judge Maria-Elena James, Dept. B]<br><br>Complaint Filed:  November 17, 2005<br><br>**CERTIFICATE OF SERVICE OF STIPULATION REGARDING DATE OF SETTLEMENT CONFERENCE AND PROPOSED ORDER**<br><br>Trial Date:  Not set |

468254.1                    1

**PROOF OF SERVICE**

STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO

      I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 120 Montgomery Street, Suite 2550, San Francisco, California 94104-4303.

      On April 23, 2007, I served the foregoing document(s) described as

**STIPULATION REGARDING DATE OF
SETTLEMENT CONFERENCE AND PROPOSED ORDER**

      on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**See Attached List**

☐   **BY PERSONAL DELIVERY.** Spincycle Legal Services delivered such envelope by hand to the offices of the addressee.

☐   **BY ELECTRONIC TRANSMISSION.** Pursuant to Local Rule 5.5(b), the document(s) were delivered by electronic transmission.

☒   **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at San Francisco, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐   **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at San Francisco, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at San Francisco, California in the ordinary course of business for delivery to the addressee.

      Executed on April 23, 2007, at San Francisco, California.

☒   **(Federal)**     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Linda Belcher

## SERVICE LIST
### Whitworth v. Washington Mutual
### USDC, Northern, San Francisco Division, Case No. C-05-4725 MEJ

| | |
|---|---|
| Robert F. Kane, Esq.<br>Law Offices of Robert F. Kane<br>870 Market St., Ste. 1128<br>San Francisco, CA 94102 | For Plaintiff<br>Tel: 415-982-1510<br>Fax: 415-982-5821<br>e-m: RKane1089@aol.com |
| Christopher Robin Lucas<br>Goforth & Lucas<br>2300 Clayton Rd #1460<br>Concord, CA 94520 | For Defendants Fidelity Mortgage Company, Pacific Home Brokers, and Bert Coker<br>Tel: 925-682-9500<br>Fax: 925-682-2353<br>e-m: crl@goforthlucas.com |
| Richard B. Davis, Esq.<br>Washington Mutual Bank<br>Office of the General Counsel<br>9200 Oakdale, N110701<br>Chatsworth, CA 91311 | Co-counsel for Long Beach Mortgage Company and Washington Mutual Bank<br>Tel: 818-775-2636<br>Fax: 818-349-2734<br>e-m: richard.b.davis@wamu.net |
| Scott A. Sommer, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>50 Fremont Street<br>P.O. Box 7880<br>San Francisco, CA 94120-7880 | For Defendant First California Title Company<br>Tel: 415 983.1000<br>Fax: 415 983-1200<br>e-m: scott.sommer@pillsburylaw.com |
| Joel Atwater, In Pro Per<br>P.O. Box 1614<br>Brentwood, CA 94513 | In Pro Per |
| Scott Tucker, In Pro Per<br>5167 Domengine Way<br>Antioch, CA 94531 | In Pro Per |