**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH WHITWORTH, | No. C-05-4725 MEJ (EMC) |
| Plaintiff, | |
| v. | **ORDER RE OCTOBER 22, 2007 FURTHER SETTLEMENT CONFERENCE** |
| FIDELITY MORTGAGE COMPANY, *et al.*, | |
| Defendants. ____/ | RELATED TO |
| SCOTT R. SANDERS, | No. C-05-4990 MEJ (EMC) |
| Plaintiff, | |
| v. | |
| FIDELITY MORTGAGE COMPANY, *et al.*, | |
| Defendants. ____/ | |
| MICHAEL GARCIA, *et al.*, | No. C-05-5144 MEJ (EMC) |
| Plaintiffs, | |
| v. | |
| FIDELITY MORTGAGE COMPANY, *et al.*, | |
| Defendants. ____/ | |

The Court is in receipt of Plaintiffs' request to continue the Further Settlement Conference scheduled for October 22, 2007, at 2:00 p.m.

Given this Court's calendar and lack of available dates from October 2007 to January 2008 to continue the Further Settlement Conference, Plaintiffs' request is **DENIED**. The Further

Settlement Conference shall proceed as scheduled on October 22, 2007, at 2:00 p.m. Further Settlement Conference statements shall be lodged with Judge Chen's chambers by 4:00 p.m., October 16, 2007 and shall not be electronically filed ("e-filed").

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

This order disposes of Docket No. 54 in C-05-4725, Docket No. 63 in C-05-4990, and Docket No. 50 in C-05-5144.

IT IS SO ORDERED.

Dated:  October 15, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge