United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH WHITWORTH, | No. C-05-4725 MEJ (EMC) |
| Plaintiff, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| FIDELITY MORTGAGE COMPANY, *et al.*, | |
| Defendants. _____/ | RELATED TO |
| SCOTT R. SANDERS, | No. C-05-4990 MEJ (EMC) |
| Plaintiff, | |
| v. | |
| FIDELITY MORTGAGE COMPANY, *et al.*, | |
| Defendants. _____/ | |
| MICHAEL GARCIA, *et al.*, | No. C-05-5144 MEJ (EMC) |
| Plaintiffs, | |
| v. | |
| FIDELITY MORTGAGE COMPANY, *et al.*, | |
| Defendants. _____/ | |

By letter dated October 18, 2007 to this Court, Defendant MICHELE L. ROBERTS, having filed for bankruptcy on June 29, 2007 and discharged on October 16, 2007 (*see* Docket No. 70, C-

05-4990; *see* Docket No. 52, C-05-5144), requested to be excused from personally appearing at the October 22, 2007 Further Settlement Conference. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance of Defendant MICHELE L. ROBERTS.

IT IS SO ORDERED.

Dated:  October 18, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge