1  Robert F. Kane (SBN 71407)
   LAW OFFICES OF ROBERT F. KANE
2  870 Market St., Ste. 1128
   San Francisco, CA 94102
3
   Attorneys for Plaintiff
4  JUDITH WHITWORTH

5

6

7

8                    UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| 11 | JUDITH WHITWORTH, an individual, | Case No. C 05 4725 MEJ |
|---|---|---|
| 12 | | [Assigned to the Honorable Magistrate Judge Maria-Elena James, Courtroom B] |
| 13 | Plaintiff, | |
| 14 | vs. | Complaint Filed: November 17, 2005 |
| 15 | FIDELITY MORTGAGE COMPANY, a California company, PACIFIC HOME BROKERS, a California company, LONG BEACH MORTGAGE COMPANY, WASHINGTON MUTUAL, BERT COKER, an individual, JOEL ATWATER, an individual, SCOTT TUCKER, an individual, and DOES 1-50, | PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS LONG BEACH MORTGAGE COMPANY, WASHINGTON MUTUAL BANK, AND FIRST CALIFORNIA TITLE COMPANY AND [PROPOSED] ORDER |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | Trial Date:          March 10, 2008 |

573904.1

1  Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), plaintiff Judith
2  Whitworth hereby requests the court to dismiss *with prejudice* defendants Long Beach Mortgage
3  Company, Washington Mutual Bank, and First California Title Company from this action.
4  Plaintiffs have settled all of their claims with defendants Long Beach Mortgage Company,
5  Washington Mutual Bank, and First California Title Company.

7  DATED: ~~February~~ March 11, 2008      Respectfully submitted,
8                                          LAW OFFICES OF ROBERT F. KANE
9
10                                         By: /s/ Robert F. Kane
                                               Robert F. Kane
11                                             Attorneys for Plaintiff Judith Whitworth

## ORDER

IT IS HEREBY ORDERED that defendants Long Beach Mortgage Company, Washington Mutual Bank, and First California Title Company are dismissed with prejudice from this action.

Dated: March 31, 2008, 2008

UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

573904.1

PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS LONG BEACH MORTGAGE COMPANY, WASHINGTON MUTUAL BANK, AND FIRST CALIFORNIA TITLE COMPANY AND ~~[PROPOSED]~~ ORDER