**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDITH WHITWORTH,

           Plaintiff,

  vs.

FIDELITY MORTGAGE COMPANY, et al.,

       Defendants.

_____/

Case No. C-05-4725 MEJ

ORDER SETTING STATUS
CONFERENCE;

ORDER SETTING DATE FOR
HEARING ON WITHDRAWAL OF
COUNSEL

      The Court hereby sets a status conference in this matter for April 24, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California. The Court will also hear Defendants' Motion to Withdraw as Attorney.

      **IT IS SO ORDERED.**

Dated: April 16, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge