```
MICHAEL D. GOFORTH (SBN 85610)
LAW OFFICES OF GOFORTH & LUCAS
2300 Clayton Road, Suite 1460
Concord, California 94520
TELEPHONE: (925) 682-9500
FACSIMILE: (925) 682-2353

Attorneys for Defendant,
BERT COKER, FIDELITY MORTGAGE
COMPANY, and PACIFIC HOME BROKERS
```

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL GARCIA, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>FIDELITY MORTGAGE COMPANY, et al.<br><br>　　　　　Defendants. | Case No. C 05-5144 MEJ<br>　　　　　C 05-4990 MEJ<br>　　　　　C 05-4725 MEJ<br><br>**ORDER RE: MOTION TO BE RELIEVED AS COUNSEL**<br><br>**DATE:** 04/24/08<br>**TIME:** 10:00 A.M.<br>**PLACE:** COURTROOM B |

　　　The motion of Defendants' counsel Goforth & Lucas to be relieved as defendants' counsel came on for hearing before this Court, Robert Kane appearing for plaintiffs and Michael D. Goforth appearing for defendant.

　　　After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, **IT IS HEREBY**

1  **ORDERED** that Goforth & Lucas' motion to be relieved as counsel
2  of defendants Bert Coker, Fidelity Mortgage Company, and Pacific
3  Home Brokers, is granted.

4  DATED: 4-24-08

United States District Judge