1  ROBERT F. KANE, ESQ. (SBN 71407)
   LAW OFFICES OF ROBERT F. KANE
2  870 Market Street, Suite 1128
   San Francisco, CA 94102
3

4  Attorneys for Plaintiffs
   MICHAEL GARCIA and
5  COURTNEY GARCIA
   SCOTT R. SANDERS
6  JUDITH WHITWORTH

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL GARCIA, et al., | Case No. C 05-5144 MEJ |
| Plaintiffs, | **STATUS REPORT** |
| v. | |
| FIDELITY MORTGAGE COMPANY, et al. | |
| Defendants. | |
| SCOTT R. SANDERS, an individual, | Case No. C 05-4990 MEJ |
| Plaintiff, | |
| v. | |
| FIDELITY MORTGAGE COMPANY, et al. | |
| Defendants. | |
| JUDITH WHITWORTH, an individual, | Case No. C 05-4725 MEJ |
| Plaintiff, | |
| v. | |
| FIDELITY MORTGAGE COMPANY, et al. | |
| Defendants. | |

Judgments against Bert Coker dba Fidelity Mortgage Company and Pacific Home Brokers

1

CASE MANAGEMENT CONFERENCE
STATUS REPORT

have been obtained in the Bankruptcy court. The only remaining defendant in this matter is Joel Atwater whose default was entered on or about July 24, 2006. Plaintiffs will seek to have this court enter default judgments against him. In this matter Plaintiffs request that this court set a date for a prove up hearing or alternatively allow the matter to proceed by declarations.

                                              Respectfully Submitted,

Dated: January 5, 2009         LAW OFFICES OF ROBERT F. KANE
                                        Attorneys for Plaintiffs
                                        MICHAEL GARCIA, COURTNEY GARCIA
                                        JUDITH WHITWORTH and SCOTT SANDERS

                                        By _____
                                            ROBERT F. KANE

Plaintiffs shall ensure that dismissals have been or will be filed as to all named Defendants in the above-captioned matters, with the exception of Defendant Joel Atwater. As to Mr. Atwater, Plaintiffs shall file a motion for default judgment pursuant to Civil Local Rule 7.

    IT IS SO ORDERED.

Dated: January 6, 2009



CASE MANAGEMENT CONFERENCE
STATUS REPORT