IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH WHITWORTH, et al., | No. C-05-4725 MEJ |
| Plaintiffs, | Related cases:<br>No. C-05-4990 MEJ |
| vs. | No. C-05-5144 MEJ |
| FIDELITY MORTGAGE COMPANY, et al., | **ORDER SETTING DEADLINES** |
| Defendants. | |

On January 6, 2009, the Court ordered Plaintiffs in the above-captioned cases to ensure that dismissals are filed as to all Defendants except Joel Atwater. The Court also ordered Plaintiffs to file a motion for default judgment against Mr. Atwater. Although the Court did not set a deadline for compliance with its order, nearly two months have passed and Plaintiffs have not made any further filings. Accordingly, the Court hereby ORDERS Plaintiffs to file all dismissals, with the exception of Mr. Atwater, by March 6, 2009. The Court further ORDERS Plaintiffs to file a motion for default judgment against Mr. Atwater by March 12, 2009.

**IT IS SO ORDERED.**

Dated: February 27, 2009

MARIA-ELENA JAMES
United States Magistrate Judge