**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    **Gracia**, et al.,                                    No. **C-05-5144 MHP**

12                        Plaintiff,
                                                            **ORDER**
13         v.

14    **Fidelity Mortgage**,

15                        Defendant.
      _____/
16

17    Please be advised that the **Evidentiary Hearing** in the above matter is continued to **October 22,**
      **2009,  at 10:00 a.m..**  Declarations and Briefs are due by October 15, 2009.
18

19         **IT IS SO ORDERED.**

20

21    Dated: September 28, 2009                  _____

22                                               UNITED STATES CHIEF
                                                 MAGISTRATE JUDGE
23                                               MARIA-ELENA JAMES

24

25

26

27

28